JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JITRADE, INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>CHARLOTTE RUSSE, INC., a California Corporation; MI IN FASHION, INC., a California Corporation; HYUN S. LEE, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: CV 16-5536-DMG (JCx)<br><br>**JUDGMENT AS TO DEFENDANT CHARLOTTE RUSSE, INC. [73]** |

On May 15, 2017, Plaintiff Unicolors, Inc. filed notice of Defendant Charlotte Russe, Inc.'s offer of judgment under Fed. R. Civ. P. 68 in favor of Plaintiff, in the total amount of $3,500.00, to resolve all claims alleged in Plaintiff's complaint, inclusive of all costs then accrued, which costs include attorney's fees awardable under statute. [Doc. # 71.] Plaintiff also gave notice of its acceptance of the offer of judgment. *Id.*

Accordingly, IT IS HEREBY ADJUDGED that Plaintiff Jitrade, Inc. shall recover from Defendant Charlotte Russe, Inc. the sum of three thousand five hundred and 00/100 dollars ($3,500.00), inclusive of all costs then accrued, which costs include attorney's fees awardable under statute. Plaintiff may file a bill of costs and a motion for attorney fees within 21 days from the issuance of the judgment.

DATED: February 16, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE